**ROGER D. WILSON SBN: 192207**
LAW OFFICE OF ROGER D. WILSON
2377 West Shaw Avenue, Suite 208
Fresno, California 93711
Telephone: (559) 233-4100
Facsimile: (559) 746-7200
Email: roger@wilson-law.com

Attorney for Defendant VICTOR SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR SANCHEZ,<br><br>Defendant. | Case No.: **1:15-cr-00169 DAD**<br><br>**MOTION TO FILE EXHIBIT "A" CONTAINING MEDICAL RECORDS UNDER SEAL AND ORDER .** |

TO:   THE HONORABLE UNITED STATES DISTRICT COURT JUDGE DALE DROZD AND ASSISTANT UNITED STATES ATTORNEY KIMBERLY SANCHEZ:

Counsel for Mr. Victor Sanchez request to file Exhibit "A", documents containing medical records of Mr. Sanchez, under seal. The records contain personal health information.

Respectfully submitted,

Dated:   December 14, 2020    By:        /s/ Roger D. Wilson
                                        **ROGER D. WILSON**
                              Attorney for Defendant VICTOR SANCHEZ


--o0o--

1

# ORDER

Having received and reviewed the request to seal Exhibit "A" to the Motion for Compassionate Release filed by the Defendant, the court finds good cause for the sealing of that exhibit and therefore GRANTS the request.

IT IS SO ORDERED.

Dated: __December 15, 2020__  
_____  
UNITED STATES DISTRICT JUDGE

2